UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTIN HINES,

    Plaintiff,

vs.                                                  Case No. 2:16-cv-11431-SJM-RSW
                                                    Judge Stephen J. Murphy, III
                                                    Magistrate Judge R. Steven Whalen

MT. CLEMENS BAR PARTNERS, LLC
a Michigan limited liability company,
d/b/a MADISON'S PUB, and
WESLEY JOHNSON, individually,

    Defendants.
_____/

| | |
|---|---|
| SHEREEF H. AKEEL (P54345) | BRUCE A. TRUEX (P26035) |
| Akeel & Valentine, PLC | CHRISTOPHER M. HOGG (P69824) |
| Attorneys for Plaintiff | Secrest Wardle |
| 888 West Big Beaver Road, Ste. 910 | Attorneys for Defendants |
| Troy, MI 48084-4736 | 2600 Troy Center Drive, PO Box 5025 |
| (248) 269-9595 / FAX: (248) 269-9119 | Troy, Michigan 48007-5025 |
| shereef@akeelvalentine.com | (248) 851-9500 / FAX: (248) 251-1795 |
| | btruex@secrestwardle.com |
| | chogg@secrestwardle.com |

_____

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. Rule 41, Plaintiff, Quentin Hines, through his counsel of record, stipulates and agrees that the above-captioned matter be dismissed with prejudice and without costs or attorney fees. This resolves all claims in the above-captioned matter and closes the case.

So stipulated and agreed.

| | |
|---|---|
| */s/ Shereef Akeel (with permission)* | */s/ Christopher M. Hogg* |
| SHEREEF H. AKEEL (P54345) | BRUCE A. TRUEX (P26035) |
| Akeel & Valentine, PLC | CHRISTOPHER M. HOGG (P69824) |
| Attorneys for Plaintiff | Secrest Wardle |
| 888 West Big Beaver Road, Ste. 910 | Attorneys for Defendants |
| Troy, MI 48084-4736 | 2600 Troy Center Drive, PO Box 5025 |
| (248) 269-9595 / FAX: (248) 269-9119 | Troy, Michigan 48007-5025 |
| shereef@akeelvalentine.com | (248) 851-9500 / FAX: (248) 251-1795 |
| | btruex@secrestwardle.com |
| | chogg@secrestwardle.com |

Dated: November 9, 2016

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above-captioned matter be, and hereby is, dismissed with prejudice and without costs or attorney fees. This resolves all claims in the above-captioned matter and closes the case.

**IT IS SO ORDERED.**

Dated: November 9, 2016					s/Stephen J. Murphy, III
							STEPHEN J. MURPHY, III
							United States District Judge